UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY BARNES, : | |
| (A37 459 411) : | |
|     Petitioner, : | Civil Action No. 04:04-CV-0382 |
| : | |
| v. : | |
| : | |
| IMMIGRATION AND : | (Electronically Filed) |
| NATURALIZATION SERVICE : | |
|     Respondent. : | |

## ORDER

AND NOW, this 7th day of June, 2005, upon the Respondent's Motion to Transfer the Petition to Second Circuit, IT IS HEREBY ORDERED that the Motion is GRANTED; and the Clerk of Court is directed to copy and transfer the file to Clerk of Court of the United States Court of Appeals for the Second Circuit. The Clerk of this Court shall note that the transfer regards review of the removal order issued in the underlying immigration proceedings and that the transfer is made pursuant to the Real ID Act of 2005.

JOHN E. JONES
United States District Court Judge